JANN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by Antoney W. Jann, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. *Held* that the finding of the jury that plaintiff's intestate was free from contributory negligence was contrary to and against the weight of the evidence.

SPRING, J., dissents.

JAY D. PAGE & CO., Respondent, v. STOCK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Jay D. Page & Co. against Frederick W. Stock, Sr., and others. No opinion. Judgment and order affirmed, with costs.

J. J. SPURR & SONS, Inc., v. EMPIRE STATE SURETY CO. et al., Defendants. (Supreme Court, Appellate Division, Second Department. October 25, 1907.) Action by J. J. Spurr & Sons, Incorporated, against the Empire State Surety Company and another.

PER CURIAM. The court is unable to decide this motion, as only four justices heard it, and one, on referring to the title of the action in consultation, finds himself disqualified.

J. J. SPURR & SONS, Inc., Respondent, v. EMPIRE STATE SURETY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by J. J. Spurr & Sons, Incorporated, against the Empire State Surety Company and another. No opinion. Appeal dismissed, without costs.

J. J. SPURR & SONS, Inc., v. EMPIRE STATE SURETY CO. et al. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by J. J. Spurr & Sons, Incorporated, against the Empire State Surety Company and another. No opinion. The appeal having been determined, it is unnecessary to decide this motion.

JONSSAN, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Christine Jonssan against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $250, with costs, in which case the judgment, as modified, and the order, are unanimously affirmed, without costs.

JOSEPH, Respondent, v. SANDERS, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Joseph Joseph, as administrator, etc., of Mary Joseph, deceased, against Ray Sanders.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment is against the weight of evidence on the question of a gift causa mortis.

HOOKER, J., dissents.

JUNGMAN, Respondent, v. PARKER, Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by Charles Jungman against Andrew D. Parker. L. S. Phillips, for appellant. M. Mayer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KENNEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Catherine Kenney against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

KIEFER, Appellant, v. VOLCKENING, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by May Kiefer against Ann Volckening.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, P. J., not voting.

KIERNAN v. EIDLITZ. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Kate Kiernan against Otto M. Eidlitz. No opinion. Motion denied, with $10 costs. Order filed.

KIPS BAY BREWING & MALTING CO. v. COLETTI et al. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by the Kips Bay Brewing & Malting Company against Gaspare Coletti and others. No opinion. Order affirmed, with $10 costs and disbursements.

KLIGMAN, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Philip Kligman against the Long Island Railroad Company. No opinion. Judgment and order affirmed, with costs.

KLUCZEWITZ, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by Jefferson Kluczewitz against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

KNICKERBOCKER, Respondent, v. BRITTON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Jessie I. Knickerbocker against Willis N. Britton and another. No opinion. Judgment affirmed, with costs.

KNICKERBOCKER INVESTMENT CO. v. BANKERS' LIFE INS. CO. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by the Knickerbocker